**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mystery Room, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5708093** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3883 Rogers Bridge Road NW Suite 501 Duluth, GA 30097** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Gwinnett** County | **Location of principal assets, if different from principal place of business** **see attached spreadsheet** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Mystery Room, LLC**
     Name                                          Case number (*if known*)

**7.** **Describe debtor's business**
     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

     B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.

       ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**
     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

Debtor    **Mystery Room, LLC**
_____
Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Mystery Room, LLC**
_____
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 16, 2018**
MM / DD / YYYY

**X** **/s/ John Reichel Jr.**
_____
Signature of authorized representative of debtor

**John Reichel Jr.**
_____
Printed name

Title    **Manager**
_____

**18. Signature of attorney**

**X** **/s/ Michael D Robl**
_____
Signature of attorney for debtor

Date    **November 16, 2018**
MM / DD / YYYY

**Michael D Robl 610905**
_____
Printed name

**Robl Law Group LLC**
_____
Firm name

**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
_____
Number, Street, City, State & ZIP Code

Contact phone    **404-373-5153**    Email address    **michael@roblgroup.com**

**610905 GA**
_____
Bar number and State

| Store # | Mall Name | City | State | Address |
|---|---|---|---|---|
| 100 | Sugarloaf Mills | Lawrenceville | GA | 5900 Sugarloaf Parkway, Unit 134, Lawrenceville, GA 30043 |
| 101 | Palisades Mall | West Nyack | NY | 3681 Palisades Center Drive, West Nyack, NY 10994 |
| 102 | Kingston Collection | Kingston | MA | 101 Kingston Collection Way, Unit B106, Kingston, MA 02364 |
| 103 | Crossgates Mall | Albany | NY | 1 Crossgates Mall, Unit C107, Albany, NY 12203 |
| 104 | The Domain 2 | Austin | TX | 3220 Feathergrass Court, #128, Austin, TX 78758 |
| 105 | Galleria at Crystal Run Mall | Middletown | NY | 1 Galleria Drive, Suite 211, Middletown, NY 10941 |
| 106 | Salmon Runn Mall | Watertown | NY | 21182 Salmon Run Mall Loop W., Suite D113B, Watertown, NY 13601 |
| 107 | Destiny Mall | Syracuse | NY | 9090 Destiny USA Dr., K201, Syracuse, NY 13204 |
| 108 | Walden Galleria | Buffalo | NY | 1 Walden Galleria, #108B, Buffalo, NY 14225 |
| 109 | Connecticut Post Mall | Milford | CT | 1201 Boston Post Rd., Suite 2424, Milford, CT 06460 |
| 110 | Emerald Square Mall | North Attleborough | MA | 999 South Washington St., W213, North Attleborough, MA 02760 |
| 111 | Square One Mall | Saugus | MA | 1202 Broadway, Suite S115, Saugus, MA 01906 |
| 112 | Rockaway Townsquare Mall | Rockaway | NJ | 301 Mount Hope Ave, Suite 1001C, Rockaway, NJ 07866 |
| 113 | Hampshire Mall | Hadley | MA | 367 Russell St., A07, Hadley, MA 01035 |
| 114 | Holyoke Mall | Holyoke | MA | 50 Holyoke St., Space F292, Holyoke, MA 01040 |
| 115 | Midtown Village | Tuscaloosa | AL | 1800 Mcfarland Blvd. E, Suite 302, Tuscaloosa, AL 35404 |
| 116 | Fox Valley Mall | Aurora | IL | 2244 Fox Valley Ctr., Space D19, Aurora, IL 30504 |
| 117 | Magnolia Mall | Florence | SC | 2701 David H McLeod, Space #1250, Florence, SC 29501 |
| 118 | White Marsh Mall | Baltimore | MD | 8200 Perry Hall Blvd., Space 2005, Baltimore, MD 21236 |
| 119 | Susquehanna Mall | Selinsgrove | PA | 1 Susquehanna Mall Dr., Space A13, Selinsgrove, PA 17870 |
| 120 | Jefferson Valley Mall | Yorktown Heights | NY | 650 Lee Blvd., Space F9, Yorktown Heights, NY 10598 |
| 121 | Buckland Hills Mall | Manchester | CT | 194 Buckland Hills Dr., Space 2002, Manchester, CT 06042 |
| 122 | Asheville Mall | Asheville | NC | 3 South Tunnel Rd., Space K-14, Asheville, NC 28805 |
| 123 | Triangle Town Center | Raleigh | NC | 5959 Triangle Town Blvd, Space EU 2113, Raleigh, NC 27616 |
| 124 | Hamilton Place Mall | Chattanooga | TN | 2100 Hamilton Place Blvd., Suite 274, Chattanooga, TN 37421 |
| 125 | Westgate Mall | Spartanburg | SC | 660 Spartan Blvd., Space 210, Spartanburg, SC 29301 |
| 126 | Viewmont Mall | Scranton | PA | 100 Viewmont Mall, Space #840, Scranton, PA 18508 |
| 128 | Woodbridge Mall | Woodbridge | NJ | 250 Woodbridge Center Dr., Suite 2285, Woodbridge, NJ 07095 |
| 129 | Valley View | Roanoke | VA | 4802 Valley View Blvd. NW, Space LD 150, Roanoke, VA 24012 |
| 130 | Neshaminy | Bensalem | PA | 707 Neshaminy Mall, Space 665, Bensalem, PA 19020 |
| 131 | Florence Mall | Florence | KY | 2028 Florence Mall, Space 2134, Florence, KY 41042 |
| 132 | Four Seasons | Greensboro | NC | 410 Four Seasons Town Centre, Space 226, Greensboro, NC 27407 |
| 133 | Brass Mills Center | Waterbury | CT | 495 Union St., Suite 1158, Waterbury, CT 06706 |
| 134 | Jefferson Mall | Lousiville | KY | 4801 Outer Loop, Suite 632, Louisville, KY 40219 |
| 135 | Monroeville Mall | Monroeville | PA | 200 Mall Circle Dr., Suite 248, Monroeville, PA 15146 |
| 136 | The Oaks Mall | Gainesville | FL | 6419 Newberry Rd., Space K12, Gainesville, FL 32605 |
| 137 | Market Place | Champaign | IL | 2000 N Neil St., Suite 0435, Champaign, IL 61820 |
| 138 | Peachtree Mall | Columbus | GA | 3131 Manchester Expy., Space 0023 , Columbus, GA 31909 |
| 139 | Arbor Place Mall | Douglasville | GA | 6700 Douglas Blvd., Suite 1000, Douglasville, GA 30135 |
| 140 | Glen Brook Square | Fort Wayne | IN | 4201 Coldwater Rd., Suite N08, Fort Wayne, IN 46805 |
| 141 | Colonial Park Mall | Harrisburg Rent | PA | 4600 Jones Town Rd., Space 52, Harrisburg, PA 17109 |
| 142 | Hanes Mall | Winston-Salem | NC | 3320 Silas Creek Pkwy., Suite GL 3332, Winston-Salem, NC 27103 |
| 143 | Great Lakes Mall | Mentor | OH | 7850 Mentor Ave., Space 1050A, Mentor, OH 44060 |
| 144 | Orange Park Mall | Orange Park | FL | 1910 Wells Rd., Suite C-30, Orange Park, FL 32073 |
| 145 | Bowie Town Center | Bowie Rent | MD | 15606 Emerald Way, Bowie, MD 20716 |
| 146 | Dayton Mall | Dayton | OH | 2700 Miamisburg Centerville Rd., Space 300, Dayton, OH 45459 |
| 147 | Polaris Fashion Mall | Columbus | OH | C1500 Polaris Pkwy, Space 2252, Columbus, OH 43240 |
| 148 | Brunswick Square | Brunswick | NJ | 755-NJ-18, Space 544, East Brunswick, NJ 08816 |

**Fill in this information to identify the case:**

Debtor name    **Mystery Room, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 16, 2018**        X **/s/ John Reichel Jr.**
                                              Signature of individual signing on behalf of debtor

                                              **John Reichel Jr.**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mystery Room, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A.F. Alber General Contractor, Inc.**<br>**P.O. Box 125**<br>**Hilltown, PA 18927** | | | | | | **$418,479.87** |
| **Arnall Golden Gregory LLP**<br>**171 17th Street NW**<br>**Suite 2100**<br>**Atlanta, GA 30363** | | | | | | **$38,480.00** |
| **Brass Mill Center Mall**<br>**Brass Mill Center**<br>**P.O. Box 772851**<br>**Chicago, IL 60677-2851** | | | | | | **$15,683.60** |
| **Catalina Partners, L.P.**<br>**P.O. Box 645120**<br>**Cincinnati, OH 45264-5120** | | | | | | **$52,375.60** |
| **CBL & Associates Limited Partnership**<br>**2030 Hamilton Place Blvd**<br>**Suite 500**<br>**Chattanooga, TN 37421-6000** | | | | | | **$22,580.64** |
| **CBL Properties**<br>**P O Box 5543**<br>**Carol Stream, IL 60197-5543** | | | | | | **$15,664.88** |
| **Chetan Patel**<br>**2934 Silvermare Lane**<br>**Duluth, GA 30097** | | | | | | **$240,000.00** |

Debtor **Mystery Room, LLC**                                          Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fundation Group LLC**<br>**11501 Sunset Hills Road**<br>**Suite 100**<br>**Reston, VA 20190** | | | | **$60,000.00** | **$0.00** | **$60,000.00** |
| **G&I VII**<br>**P.O. Box 959727**<br>**St. Louis, MO 63195-9727** | | | | | | **$15,612.94** |
| **GGP - Glenbrook LLC**<br>**Glenbrook Square**<br>**P.O. Box 776250**<br>**Chicago, IL 60677-6250** | | | **Disputed Subject to Setoff** | | | **$15,682.82** |
| **GGPLP LLC - Greensboro**<br>**P.O. Box 775318**<br>**Chicago, IL 60677-5318** | | | | | | **$22,798.68** |
| **Hamilton Place Mall CMBS, LLC**<br>**P.O. Box 5559**<br>**Carol Stream, IL 60197-5559** | | | | | | **$25,864.00** |
| **John Reichel**<br>**129 Walnut Street Unit 116**<br>**Chattanooga, TN 37403** | | | | | | **$324,537.00** |
| **MapMeLocal, Inc.**<br>**c/o Andrew Lundstrom**<br>**1954 Airport Rd. STE 122**<br>**Chamblee, GA 30341** | | | | | | **$18,000.00** |
| **Neshaminy Mall**<br>**Neshaminey Mall**<br>**P.O. Box 6341**<br>**Carol Stream, IL 60197-6341** | | | | | | **$16,421.92** |
| **Oaks Mall, LLC**<br>**The Oaks Mall**<br>**SDS-12-1530**<br>**Minneapolis, MN 55456-1530** | | | | | | **$17,211.10** |
| **Peachtree Mall, LLC**<br>**SDS - 12 - 2330**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486-2330** | | | | | | **$19,110.54** |

Debtor   **Mystery Room, LLC**                                                   Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Signarama 27 N Middletown Rd. Nanuet, NY 10954** | | | | | | $32,075.74 |
| **The Shoppes at Buckland Hills SDS-12-3095 P.O. Box 86 Minneapolis, MN 55486-3095** | | | | | | $15,681.22 |
| **Woodbridge Center Property, LLC Woodbridge Center 7855 Solution Center Chicago, IL 60677-7008** | | | | | | $46,958.32 |

**Fill in this information to identify the case:**

Debtor name  **Mystery Room, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................... $       0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $       424,861.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $       424,861.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $       60,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $       0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$       1,575,174.92

4. Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b
   $       1,635,174.92

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Mystery Room, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | Unknown |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Bank of America** | | | Unknown |
| 3.2.  **PNC Bank** | | | Unknown |
| 3.3.  **Wood Forest Bank** | | | Unknown |

4.    **Other cash equivalents** *(Identify all)*

| 5.    **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$0.00** |
|---|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Mystery Room, LLC**                                          Case number *(If known)* _____
Name

| 7.1. | see attached spreadsheet | $4,861.00 |
|------|--------------------------|-----------|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | $4,861.00 |
   |-----------|

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture**<br>see attached spreadsheet | $0.00 | | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>see attached spreadsheet | Unknown | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Mystery Room, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                    | **$0.00** |
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **see attached lease list** | **Commercial Leases** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**                                                                                                    | **$0.00** |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

Debtor  **Mystery Room, LLC**                                   Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** "trade name:  All In Adventures" | **Unknown** | | **Unknown** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**

Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Mystery Room, LLC**                       Case number *(If known)* _____
         Name

| | |
|---|---|
| **Groupon** | **Unknown** |
| **FareHarbor** | **Unknown** |
| **GGP** | **$420,000.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$420,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Debtor    **Mystery Room, LLC**                                 Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,861.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $420,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $424,861.00 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $424,861.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Mystery Room LLC**
# Fixed Assets by Location
**As of November 16, 2018**

| | Albany, NY | Asheville, NC | Aurora, IL | Austin, TX | Bensalem, PA |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Fixed Assets** | | | | | |
| Accessories & Furnishings | 14,092.69 | 11,772.01 | 32,072.35 | 26,358.13 | 12,755.89 |
| Accumulated Depreciation | -30,499.89 | -2,795.12 | -12,862.88 | -21,202.96 | -4,276.71 |
| Equipment & Computers | 1,270.30 | 1,723.75 | 2,000.00 | 1,549.75 | 1,953.93 |
| Furniture & Fixtures | 11,678.01 | 0.00 | 12,049.00 | 5,335.93 | 1,561.50 |
| Leasehold Improvements | 167,535.96 | 0.00 | 94,507.78 | 46,171.08 | 24,696.29 |
| Sign | 8,529.63 | 10,793.25 | 10,000.00 | 0.00 | 9,039.20 |
| Vehicles | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Development | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 172,606.70 | 21,493.89 | 137,766.25 | 58,211.93 | 45,730.10 |
| **TOTAL ASSETS** | 172,606.70 | 21,493.89 | 137,766.25 | 58,211.93 | 45,730.10 |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 172,606.70 | 21,493.89 | 137,766.25 | 58,211.93 | 45,730.10 |

**Mystery Room LLC**
## Fixed Assets by Locatio
**As of November 16, 2018**

| | Bowie, MD | Buffalo, NY | Champaign, IL | Chattanooga, TN | Columbus, GA |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Fixed Assets** | | | | | |
| Accessories & Furnishings | 250.00 | 15,510.17 | 0.00 | 25,394.97 | 12,957.46 |
| Accumulated Depreciation | 0.00 | -12,036.18 | 0.00 | -5,815.61 | -3,633.30 |
| Equipment & Computers | 0.00 | 0.00 | 0.00 | 2,876.13 | 2,000.00 |
| Furniture & Fixtures | 0.00 | 912.85 | 0.00 | 2,046.16 | 2,100.00 |
| Leasehold Improvements | 0.00 | 64,284.56 | 95,465.00 | 3,153.00 | 163,918.31 |
| Sign | 0.00 | 0.00 | 0.00 | 12,692.94 | 10,738.00 |
| Vehicles | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Development | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 250.00 | 68,671.40 | 95,465.00 | 40,347.59 | 188,080.47 |
| **TOTAL ASSETS** | **250.00** | **68,671.40** | **95,465.00** | **40,347.59** | **188,080.47** |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 250.00 | 68,671.40 | 95,465.00 | 40,347.59 | 188,080.47 |

**Mystery Room LLC**
## Fixed Assets by Locatio
**As of November 16, 2018**

| | Corporate | Douglasville, GA | Duluth, GA | Fayetteville, NC |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Fixed Assets** | | | | |
| **Accessories & Furnishings** | 18,188.96 | 8,365.49 | 0.00 | 0.00 |
| **Accumulated Depreciation** | -21,918.80 | -466.17 | -9,880.71 | 0.00 |
| **Equipment & Computers** | 32,532.77 | 0.00 | 0.00 | 0.00 |
| **Furniture & Fixtures** | 1,717.60 | 1,149.24 | 6,842.58 | 0.00 |
| **Leasehold Improvements** | 3,198.00 | 4,330.00 | 27,076.77 | 0.00 |
| **Sign** | 574.06 | 9,739.25 | 1,069.00 | 0.00 |
| **Vehicles** | 13,669.98 | 0.00 | 0.00 | 0.00 |
| **Website Development** | 15,030.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 62,992.57 | 23,117.81 | 25,107.64 | 0.00 |
| **TOTAL ASSETS** | 62,992.57 | 23,117.81 | 25,107.64 | 0.00 |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 62,992.57 | 23,117.81 | 25,107.64 | 0.00 |

**Mystery Room LLC**
## Fixed Assets by Locatio
**As of November 16, 2018**

| | Florence, KY | Florence, SC | Fort Wayne, IN | Gainesville, FL |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Fixed Assets** | | | | |
| **Accessories & Furnishings** | 12,140.78 | 25,292.09 | 10,499.06 | 0.00 |
| **Accumulated Depreciation** | -1,405.50 | -6,211.62 | -1,196.30 | 0.00 |
| **Equipment & Computers** | 0.00 | 1,120.81 | 1,069.99 | 0.00 |
| **Furniture & Fixtures** | 0.00 | 2,100.00 | 0.00 | 0.00 |
| **Leasehold Improvements** | 152.50 | 2,181.83 | 0.00 | -35,000.00 |
| **Sign** | 1,761.93 | 9,930.00 | 10,113.04 | 0.00 |
| **Vehicles** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Website Development** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 12,649.71 | 34,413.11 | 20,485.79 | -35,000.00 |
| **TOTAL ASSETS** | 12,649.71 | 34,413.11 | 20,485.79 | -35,000.00 |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 12,649.71 | 34,413.11 | 20,485.79 | -35,000.00 |

**Mystery Room LLC**
## Fixed Assets by Locatio
**As of November 16, 2018**

| | Greensboro, NC | Hadley, MA | Harrisburg, PA | Holyoke, MA | Kingston, MA |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Fixed Assets** | | | | | |
| Accessories & Furnishings | 0.00 | 22,847.38 | 11,706.44 | 21,402.14 | 7,300.84 |
| Accumulated Depreciation | 0.00 | -10,284.40 | -1,646.61 | -6,514.02 | -15,090.83 |
| Equipment & Computers | 0.00 | 1,573.05 | 0.00 | 1,495.33 | 1,488.10 |
| Furniture & Fixtures | 0.00 | 2,297.90 | 0.00 | 2,719.69 | 3,908.92 |
| Leasehold Improvements | 0.00 | 74,969.59 | 0.00 | 18,188.71 | 49,308.71 |
| Sign | 74.00 | 9,846.83 | 11,791.93 | 7,660.00 | 2,805.19 |
| Vehicles | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Development | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 74.00 | 101,250.35 | 21,851.76 | 44,951.85 | 49,720.93 |
| **TOTAL ASSETS** | **74.00** | **101,250.35** | **21,851.76** | **44,951.85** | **49,720.93** |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 74.00 | 101,250.35 | 21,851.76 | 44,951.85 | 49,720.93 |

**Mystery Room LLC**
## Fixed Assets by Locatio
**As of November 16, 2018**

|  | Louisville, KY | Manchester, CT | Middletown, NY | Milford, CT |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Fixed Assets** | | | | |
| **Accessories & Furnishings** | 14,948.03 | 17,636.04 | 19,122.90 | 25,512.76 |
| **Accumulated Depreciation** | -1,451.56 | -5,313.81 | -16,415.31 | -8,909.46 |
| **Equipment & Computers** | 0.00 | 2,018.06 | 0.00 | 2,952.07 |
| **Furniture & Fixtures** | 916.66 | 3,000.86 | 1,990.96 | 380.13 |
| **Leasehold Improvements** | 0.00 | 12,703.49 | 62,216.32 | 0.00 |
| **Sign** | 8,776.67 | 10,113.23 | 3,123.37 | 13,613.30 |
| **Vehicles** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Website Development** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 23,189.80 | 40,157.87 | 70,038.24 | 33,548.80 |
| **TOTAL ASSETS** | 23,189.80 | 40,157.87 | 70,038.24 | 33,548.80 |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 23,189.80 | 40,157.87 | 70,038.24 | 33,548.80 |

**Mystery Room LLC**
## Fixed Assets by Locatio
**As of November 16, 2018**

| | Monroeville, PA | North Attleborough, MA | Raleigh, NC | Roanoke, VA |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Fixed Assets** | | | | |
| Accessories & Furnishings | 10,344.69 | 4,669.65 | 15,639.67 | 23,958.36 |
| Accumulated Depreciation | -2,177.82 | -13,477.24 | -1,232.65 | -5,921.43 |
| Equipment & Computers | 923.04 | 1,080.45 | 0.00 | 2,630.35 |
| Furniture & Fixtures | 0.00 | 2,435.07 | 913.83 | 1,763.39 |
| Leasehold Improvements | 0.00 | 82,369.05 | 0.00 | 18,719.07 |
| Sign | 9,750.55 | 6,370.00 | 6,883.48 | 10,726.28 |
| Vehicles | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Development | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 18,840.46 | 83,446.98 | 22,204.33 | 51,876.02 |
| **TOTAL ASSETS** | **18,840.46** | **83,446.98** | **22,204.33** | **51,876.02** |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 18,840.46 | 83,446.98 | 22,204.33 | 51,876.02 |

**Mystery Room LLC**

## Fixed Assets by Locatio

**As of November 16, 2018**

| | Rockaway, NJ | Saugus, MA | Scranton, PA | Selinsgrove, PA |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Fixed Assets** | | | | |
| **Accessories & Furnishings** | 23,239.57 | 32,907.67 | 18,980.92 | 29,028.25 |
| **Accumulated Depreciation** | -7,867.45 | -9,090.62 | -3,121.34 | -6,297.99 |
| **Equipment & Computers** | 2,251.23 | 1,613.13 | 969.80 | 1,009.36 |
| **Furniture & Fixtures** | 1,471.25 | 2,945.84 | 2,320.07 | 4,253.42 |
| **Leasehold Improvements** | 4,884.00 | 2,750.00 | 0.00 | 1,239.74 |
| **Sign** | 6,585.08 | 0.00 | 8,660.00 | 9,010.00 |
| **Vehicles** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Website Development** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 30,563.68 | 31,126.02 | 27,809.45 | 38,242.78 |
| **TOTAL ASSETS** | **30,563.68** | **31,126.02** | **27,809.45** | **38,242.78** |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 30,563.68 | 31,126.02 | 27,809.45 | 38,242.78 |

**Mystery Room LLC**
## Fixed Assets by Locatio
**As of November 16, 2018**

| | Spartanburg, SC | Syracuse, NY | Tuscaloosa, AL | Waterbury, CT |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Fixed Assets** | | | | |
| **Accessories & Furnishings** | 18,579.61 | 29,914.87 | 21,339.90 | 16,677.04 |
| **Accumulated Depreciation** | -4,833.36 | -23,410.51 | -3,985.96 | -3,094.46 |
| **Equipment & Computers** | 2,378.92 | 1,544.92 | 1,996.53 | 884.45 |
| **Furniture & Fixtures** | 1,175.59 | 6,176.66 | 1,620.65 | 2,500.00 |
| **Leasehold Improvements** | 6,447.25 | 96,095.23 | 0.00 | 0.00 |
| **Sign** | 10,745.55 | 2,113.31 | 3,410.00 | 8,474.21 |
| **Vehicles** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Website Development** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 34,493.56 | 112,434.48 | 24,381.12 | 25,441.24 |
| **TOTAL ASSETS** | 34,493.56 | 112,434.48 | 24,381.12 | 25,441.24 |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 34,493.56 | 112,434.48 | 24,381.12 | 25,441.24 |

**Mystery Room LLC**
## Fixed Assets by Locatio
**As of November 16, 2018**

| | Watertown, NY | West Nyack, NY | White Marsh, MD | Winston Salem, NC |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Fixed Assets** | | | | |
| Accessories & Furnishings | 26,514.50 | 4,451.45 | 17,684.41 | 8,268.40 |
| Accumulated Depreciation | -21,463.61 | -23,168.10 | -4,092.65 | -730.61 |
| Equipment & Computers | 0.00 | 1,909.25 | 1,897.46 | 1,977.39 |
| Furniture & Fixtures | 878.92 | 7,170.78 | 1,394.57 | 2,634.89 |
| Leasehold Improvements | 78,539.13 | 82,024.00 | 1,629.00 | 0.00 |
| Sign | 10,427.00 | 7,338.53 | 8,881.52 | 11,703.42 |
| Vehicles | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Development | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | 94,895.94 | 79,725.91 | 27,394.31 | 23,853.49 |
| **TOTAL ASSETS** | **94,895.94** | **79,725.91** | **27,394.31** | **23,853.49** |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | 94,895.94 | 79,725.91 | 27,394.31 | 23,853.49 |

**Mystery Room LLC**

# Fixed Assets by Locatio

As of November 16, 2018

1:13 PM

11/15/2018

Accrual Basis

| | Woodbridge, NJ | Yorktown Heights, NY | TOTAL |
|---|---|---|---|
| **ASSETS** | | | |
| **Fixed Assets** | | | |
| Accessories & Furnishings | 0.00 | 13,630.40 | 681,955.94 |
| Accumulated Depreciation | 0.00 | -6,594.00 | -340,387.55 |
| Equipment & Computers | 0.00 | 2,838.49 | 83,528.81 |
| Furniture & Fixtures | 0.00 | 1,203.67 | 103,566.59 |
| Leasehold Improvements | -80,000.00 | 63,670.51 | 1,237,424.88 |
| Sign | 0.00 | 8,786.36 | 292,650.11 |
| Vehicles | 0.00 | 0.00 | 13,669.98 |
| Website Development | 0.00 | 0.00 | 15,030.00 |
| **Total Fixed Assets** | -80,000.00 | 83,535.43 | 2,087,438.76 |
| **TOTAL ASSETS** | -80,000.00 | 83,535.43 | 2,087,438.76 |
| **LIABILITIES & EQUITY** | 0.00 | 0.00 | 0.00 |
| **UNBALANCED CLASSES** | -80,000.00 | 83,535.43 | 2,087,438.76 |

| Store Name | Store # | Company | Utility | Account # | Contract Term | Inception | Deposit | Notes |
|---|---|---|---|---|---|---|---|---|
| Florence SC | 117 | Duke | Electricity | 4700470547 | 2 year | 10/30/2018 | $730 | Paid online. Refundable after 24 months continuous, on-time service |
| Mentor | 143 | Dominion East | Gas | 5180008648957 | N/A | 10/25/2018 | $164 | Deposit broken into 3 installments on bills 1 ($56)/2 ($54)/3 ($54) |
| Champaign | 137 | Ameren | Electricity | 89024-79038 200066652610/200 | 1 year | 9/27/2018 | $1,342 | Deposit broken into 3 installments for first bills: $447.33/12 month t |
| Gainesville | 136 | GRU | Electricity | 066661603 | N/A | 9/7/2018 | $1,500 | Mailed check 8/23/18 #10299 |
| Mentor | 143 | First Energy aka Illuminating CO | Electricity | 110123642248 | N/A | 11/9/2018 | $220 | Deposit will be on first bill |
| Greensboro | 132 | Duke | Electricity | 1538164030 | 1 year | Diane set up | $905 | Deposit will be on first bill |

w/5% interest

erm deposit refunded after a year

**Fill in this information to identify the case:**

Debtor name    **Mystery Room, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Fundation Group LLC** | Describe debtor's property that is subject to a lien | $60,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11501 Sunset Hills Road Suite 100 Reston, VA 20190**

Creditor's mailing address

Describe the lien _____

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$60,000.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Mystery Room, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**A.F. Alber General Contractor, Inc.**<br>**P.O. Box 125**<br>**Hilltown, PA 18927**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$418,479.87** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Arnall Golden Gregory LLP**<br>**171 17th Street NW**<br>**Suite 2100**<br>**Atlanta, GA 30363**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$38,480.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Asheville Mall CMBS, LLC**<br>**P.O. Box 5544**<br>**Carol Stream, IL 60197-5544**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,778.14** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Brass Mill Center Mall**<br>**Brass Mill Center**<br>**P.O. Box 772851**<br>**Chicago, IL 60677-2851**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$15,683.60** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          36884          Best Case Bankruptcy

| Debtor | **Mystery Room, LLC** | Case number (*if known*) | |
|--------|------------------------|--------------------------|--|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,222.55**

**Carlyle-Cypress Tuscaloosa**
c/o Cushman & Wakefield US
P.O. Box 936515
Atlanta, GA 31193-6515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,375.60**

**Catalina Partners, L.P.**
P.O. Box 645120
Cincinnati, OH 45264-5120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,580.64**

**CBL & Associates Limited Partnership**
2030 Hamilton Place Blvd
Suite 500
Chattanooga, TN 37421-6000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,664.88**

**CBL Properties**
P O Box 5543
Carol Stream, IL 60197-5543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240,000.00**

**Chetan Patel**
2934 Silvermare Lane
Duluth, GA 30097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,649.40**

**Coleman's Military Surplus**
360 Klinger Road
Millersburg, PA 17061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Crystal Run Galleria LLC**
Mall Office/Specialty Leasing
Galleria at Crystal Run
Middletown, NY 10941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Mystery Room, LLC**
_____
         Name                                         Case number (*if known*) _____

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Destiny USA Holdings LLC**<br>**4 Clinton Square**<br>**Syracuse, NY 13202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes |

**$2,000.00**

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Dreyer's Carpet Care**<br>**7325 NW 13th Blvd**<br>**Gainesville, FL 32653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$1,323.62**

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Eazywallz Inc**<br>**5555 Westminster Ave. Ste 406**<br>**Montreal, QC H4W 2J2**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes |

**$12,020.71**

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Eklecco Newco LLC**<br>**1000 Palisades Center Drive**<br>**#3**<br>**West Nyack, NJ 10994** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes |

**$2,817.00**

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **FastSigns**<br>**346 Route 17N**<br>**Upper Saddle River, NJ 07458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes |

**$9,312.67**

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Florence Mall, LLC**<br>**P.O. Box 860080**<br>**Minneapolis, MN 55486-0080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$7,637.37**

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Fox Valley Mall, LLC**<br>**8750 N Central Expy.**<br>**Suite 1740**<br>**Dallas, TX 75231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$7,200.00**

| Debtor | **Mystery Room, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
**G&I VII**
P.O. Box 959727
St. Louis, MO 63195-9727

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$15,612.94**

---

**3.20** | Nonpriority creditor's name and mailing address
**GGP - Glenbrook LLC**
Glenbrook Square
P.O. Box 776250
Chicago, IL 60677-6250

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**$15,682.82**

---

**3.21** | Nonpriority creditor's name and mailing address
**GGPLP LLC - Greensboro**
P.O. Box 775318
Chicago, IL 60677-5318

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$22,798.68**

---

**3.22** | Nonpriority creditor's name and mailing address
**Hamilton Place Mall CMBS, LLC**
P.O. Box 5559
Carol Stream, IL 60197-5559

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25,864.00**

---

**3.23** | Nonpriority creditor's name and mailing address
**Holyoke Mall Company LP**
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.24** | Nonpriority creditor's name and mailing address
**Insight Construction Svc Inc**
1500 ELLSWORTH AVE.
SUITE 200
CARNEGIE, PA 15106

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,400.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Jefferson Mall CMBS, LLC**
P.O. Box 74890
Cleveland, OH 44194

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,666.67**

---

| Debtor | **Mystery Room, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324,537.00 |
|---|---|---|---|

**John Reichel**
129 Walnut Street
Unit 116
Chattanooga, TN 37403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.67 |
|---|---|---|---|

**Keter Environmental Services, Inc**
P.O. Box 417468
Boston, MA 02241-7468

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,014.28 |
|---|---|---|---|

**Maglocks.com**
1177 Riverfront Center
Amsterdam, NY 12010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,915.69 |
|---|---|---|---|

**Mall at Jefferson Valley LLC**
P.O. Box 643194
Pittsburgh, PA 15264-3194

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**MapMeLocal, Inc.**
c/o Andrew Lundstrom
1954 Airport Rd. STE 122
Chamblee, GA 30341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,304.53 |
|---|---|---|---|

**Matthew's Air Conditioning**
PO Box 449
Westtown, NY 10998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,117.51 |
|---|---|---|---|

**Mayflower Square One, LLC**
14169 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mystery Room, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$852.93**

**Modern Plumbing and Backflow**
313 Sherwee Dr
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,245.49**

**Modern Systems Inc**
1111 Old Stage Road
Yadkinville, NC 27055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,033.62**

**Monroeville Mall**
CBL#0651
P.O. Box 955607
Saint Louis, MO 63195-5607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,421.92**

**Neshaminy Mall**
Neshaminey Mall
P.O. Box 6341
Carol Stream, IL 60197-6341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,211.10**

**Oaks Mall, LLC**
The Oaks Mall
SDS-12-1530
Minneapolis, MN 55456-1530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$756.99**

**P&K Electrical Contractors**
P.O. Box 56
Hopewell Junction, NY 12533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,110.54**

**Peachtree Mall, LLC**
SDS - 12 - 2330
P.O. Box 86
Minneapolis, MN 55486-2330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Mystery Room, LLC**
_____
Name

Case number (*if known*) _____

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,294.25** |
|---|---|---|---|

**Pr Magnolia, LLC**
**200 S Broad St.**
**Third Floor**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,534.06** |
|---|---|---|---|

**PR Viewmont Limited Partnership**
**P.O. Box 951773**
**Cleveland, OH 44193-1773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Pyramid Walden Company LP**
**4 Clinton Square**
**Syracuse, NY 13202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,497.64** |
|---|---|---|---|

**Retail Design Services, LLC**
**130 N. Bond Street**
**Suite 201**
**Bel Air, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,243.77** |
|---|---|---|---|

**Rhino Trunk & Case Inc.**
**565 Blossom Road**
**Suite A**
**Rochester, NY 14610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,666.54** |
|---|---|---|---|

**Rockaway Center Assoc Inc**
**P.O. Box 772829**
**Chicago, IL 60677-2829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Salmon Run Shopping center**
**21182 Salmon Run Mall Rd**
**Loop West**
**Watertown, NJ 13601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mystery Room, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,075.74 |
|---|---|---|---|

**Signarama**
27 N Middletown Rd.
Nanuet, NY 10954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**Solmation, LLC**
2169 Sugar Springs Dr
Lawrenceville, GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,868.73 |
|---|---|---|---|

**State Permits**
319 Elaines CT
Dodgeville, WI 53533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,166.67 |
|---|---|---|---|

**Susquehanna Valley Mall Assoc.**
One Susquehanna Valley Mall Dr
Selinsgrove, PA 17870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $963.79 |
|---|---|---|---|

**Sustainable Solutions**
P.O. Box 740209
Atlanta, GA 30374-0209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,681.22 |
|---|---|---|---|

**The Shoppes at Buckland Hills**
SDS-12-3095
P.O. Box 86
Minneapolis, MN 55486-3095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,333.34 |
|---|---|---|---|

**Westgate Crossing Limited Partnership**
CBL#0325
P.O. Box 955607
Saint Louis, MO 63195-5607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Mystery Room, LLC**                                                    Case number *(if known)* _____
_____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,278.42 |

**White Marsh Mall Inc**
**SDS-12-2760**
**P.O. Box 86**
**Minneapolis, MN 55486-2760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,958.32 |

**Woodbridge Center Property, LLC**
**Woodbridge Center**
**7855 Solution Center**
**Chicago, IL 60677-7008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,575,174.92 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,575,174.92 |

**Fill in this information to identify the case:**

Debtor name    **Mystery Room, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest |  |
| State the term remaining |  |
| List the contract number of any government contract _____ | **see attached spreadsheet** _____ |

---

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                        Page 1 of 1

| Store # | Mall Name | City | State | Address | Landlord |
|---|---|---|---|---|---|
| 100 | Sugarloaf Mills | Lawrenceville | GA | 5900 Sugarloaf Parkway, Unit 134, Lawrenceville, GA 30043 | Simon |
| 101 | Palisades Mall | West Nyack | NY | 3681 Palisades Center Drive, West Nyack, NY 10994 | Pyramid |
| 102 | Kingston Collection | Kingston | MA | 101 Kingston Collection Way, Unit B106, Kingston, MA 02364 | Pyramid |
| 103 | Crossgates Mall | Albany | NY | 1 Crossgates Mall, Unit C107, Albany, NY 12203 | Pyramid |
| 104 | The Domain 2 | Austin | TX | 3220 Feathergrass Court, #128, Austin, TX 78758 | Simon |
| 105 | Galleria at Crystal Run Mall | Middletown | NY | 1 Galleria Drive, Suite 211, Middletown, NY 10941 | Pyramid |
| 106 | Salmon Runn Mall | Watertown | NY | 21182 Salmon Run Mall Loop W., Suite D113B, Watertown, NY 13601 | Pyramid |
| 107 | Destiny Mall | Syracuse | NY | 9090 Destiny USA Dr., K201, Syracuse, NY 13204 | Pyramid |
| 108 | Walden Galleria | Buffalo | NY | 1 Walden Galleria, #108B, Buffalo, NY 14225 | Pyramid |
| 109 | Connecticut Post Mall | Milford | CT | 1201 Boston Post Rd., Suite 2424, Milford, CT 06460 | Centennial |
| 110 | Emerald Square Mall | North Attleborough | MA | 999 South Washington St., W213, North Attleborough, MA 02760 | Simon |
| 111 | Square One Mall | Saugus | MA | 1202 Broadway, Suite S115, Saugus, MA 01906 | Simon |
| 112 | Rockaway Townsquare Mall | Rockaway | NJ | 301 Mount Hope Ave., Suite 1001C, Rockaway, NJ 07866 | Simon |
| 113 | Hampshire Mall | Hadley | MA | 367 Russell St., A07, Hadley, MA 01035 | Pyramid |
| 114 | Holyoke Mall | Holyoke | MA | 50 Holyoke St., Space F292, Holyoke, MA 01040 | Pyramid |
| 115 | Midtown Village | Tuscaloosa | AL | 1800 Mcfarland Blvd. E, Suite 302, Tuscaloosa, AL 35404 | The Carlyle Group |
| 116 | Fox Valley Mall | Aurora | IL | 2244 Fox Valley Ctr., Space D19, Aurora, IL 30504 | Centennial |
| 117 | Magnolia Mall | Florence | SC | 2701 David H McLeod, Space #1250, Florence, SC 29501 | PREIT |
| 118 | White Marsh Mall | Baltimore | MD | 8200 Perry Hall Blvd., Space 2065, Baltimore, MD 21236 | GGP |
| 119 | Susquehanna Mall | Selinsgrove | PA | 1 Susquehanna Mall Dr., Space A13, Selinsgrove, PA 17870 | PREIT |
| 120 | Jefferson Valley Mall | Yorktown Heights | NY | 650 Lee Blvd., Space F9, Yorktown Heights, NY 10598 | WPG |
| 121 | Buckland Hills Mall | Manchester | CT | 194 Buckland Hills Dr., Space 2002, Manchester, CT 06042 | GGP |
| 122 | Asheville Mall | Asheville | NC | 3 South Tunnel Rd., Space K-14, Asheville, NC 28805 | CBL |
| 123 | Triangle Town Center | Raleigh | NC | 5959 Triangle Town Blvd, Space EU 2113, Raleigh, NC 27616 | CBL |
| 124 | Hamilton Place Mall | Chattanooga | TN | 2100 Hamilton Place Blvd., Suite 274, Chattanooga, TN 37421 | CBL |
| 125 | Westgate Mall | Spartanburg | SC | 660 Spartan Blvd., Space 210, Spartanburg, SC 29301 | CBL |
| 126 | Viewmont Mall | Scranton | PA | 100 Viewmont Mall, Space #840, Scranton, PA 18508 | PREIT |
| 128 | Woodbridge Mall | Woodbridge | NJ | 250 Woodbridge Center Dr., Suite 2285, Woodbridge, NJ 07095 | GGP |
| 129 | Valley View | Roanoke | VA | 4802 Valley View Blvd. NW, Space LD 150, Roanoke, VA 24012 | CBL |
| 130 | Neshaminy | Bensalem | PA | 707 Neshaminy Mall, Space 665, Bensalem, PA 19020 | GGP |
| 131 | Florence Mall | Florence | KY | 2028 Florence Mall, Space 2134, Florence, KY 41042 | GGP |
| 132 | Four Seasons | Greensboro | NC | 410 Four Seasons Town Centre, Space 226, Greensboro, NC 27407 | GGP |
| 133 | Brass Mills Center | Waterbury | CT | 495 Union St., Suite 1158, Waterbury, CT 06706 | GGP |
| 134 | Jefferson Mall | Louisville | KY | 4801 Outer Loop, Suite 632, Louisville, KY 40219 | CBL |
| 135 | Monroeville Mall | Monroeville | PA | 200 Mall Circle Dr., Suite 248, Monroeville, PA 15146 | CBL |
| 136 | The Oaks Mall | Gainesville | FL | 6419 Newberry Rd., Space K12, Gainesville, FL 32605 | GGP |
| 137 | Market Place | Champaign | IL | 2000 N Neil St., Suite 0435, Champaign, IL 61820 | GGP |
| 138 | Peachtree Mall | Columbus | GA | 3131 Manchester Expy., Space 0023 , Columbus, GA 31909 | GGP |
| 139 | Arbor Place Mall | Douglasville | GA | 6700 Douglas Blvd., Suite 1000, Douglasville, GA 30135 | CBL |
| 140 | Glen Brook Square | Fort Wayne | IN | 4201 Coldwater Rd., Suite N08, Fort Wayne, IN 46805 | GGP |
| 141 | Colonial Park Mall | Harrisburg Rent | PA | 4600 Jones Town Rd., Space 52, Harrisburg, PA 17109 | WPG |
| 142 | Hanes Mall | Winston-Salem | NC | 3320 Silas Creek Pkwy., Suite GL 3332, Winston-Salem, NC 27103 | CBL |
| 143 | Great Lakes Mall | Mentor | OH | 7850 Mentor Ave., Space 1050A, Mentor, OH 44060 | WPG |
| 144 | Orange Park Mall | Orange Park | FL | 1910 Wells Rd., Suite C-30, Orange Park, FL 32073 | WPG |
| 145 | Bowie Town Center | Bowie Rent | MD | 15606 Emerald Way, Bowie, MD 20716 | WPG |
| 146 | Dayton Mall | Dayton | OH | 2700 Miamisburg Centerville Rd., Space 300, Dayton, OH 45459 | WPG |
| 147 | Polaris Fashion Mall | Columbus | OH | C1500 Polaris Pkwy, Space 2252, Columbus, OH 43240 | WPG |
| 148 | Brunswick Square | Brunswick | NJ | 755-NJ-18, Space 544, East Brunswick, NJ 08816 | WPG |

**Fill in this information to identify the case:**

Debtor name **Mystery Room, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jennifer Reichel** | **129 Walnut Street** **Unit 116** **Chattanooga, TN 37403** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **John Reichel Jr.** | **129 Walnut Street** **Unit 116** **Chattanooga, TN 37403** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 **John Reichel Jr.** | **129 Walnut Street** **Unit 116** **Chattanooga, TN 37403** | **Fundation Group LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Mystery Room, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$3,779,597.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$308,181.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Mystery Room, LLC**                                              Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    **Mystery Room, LLC**                                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Albany, NY - water damage from tenant above** | | | **$1,000.00** |
| **Two employees terminated due to theft.** | | | **Unknown** |

<span style="background:black;color:white">**Part 6:**</span>   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Robl Law Group LLC**<br>**3754 LaVista Road**<br>**Suite 250**<br>**Tucker, GA 30084** | **Attorney Fees** | **11/14/2018** | **$20,000.00** |
| **Email or website address**<br>**michael@roblgroup.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

<span style="background:black;color:white">**Part 7:**</span>   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

Debtor    **Mystery Room, LLC**                                           Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Mystery Room, LLC** | EIN:  **46-5708093** |

Has the plan been terminated?
■ No
☐ Yes

**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/10/2018 (no transactions - tied to location that never opened)** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Mystery Room, LLC**                                        Case number *(if known)* _____

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Mystery Room, LLC**                                    Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Accounting Partners, Inc.**<br>**3883 Rogers Bridge Road NW**<br>**Suite 501**<br>**Duluth, GA 30097** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
| --- |
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
| --- | --- | --- |
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
| --- | --- | --- | --- |
| John Reichel Jr. | | **Manager and investor** | **92.1%** |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
| --- | --- | --- | --- |
| Jennifer Reichel | | **Investor** | **1.00%** |

Debtor    **Mystery Room, LLC**                                             Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **NAS Group Ventures, LLC** | | **Investor** | **3.0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Live Pure Lifestyle, LLC** | | **Investor** | **0.6%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BCR Investments, Inc.** | | **Investor** | **1.2%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Reichel Sr.** | | **Investor** | **0.3%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Phelps** | | **Investor** | **0.3%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BCD Investments, Inc.** | | **Investor** | **1.5%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **John Reichel Jr.**<br>**129 Walnut Street**<br>**Unit 116**<br>**Chattanooga, TN 37403** | **$55,000.00** | | **Distribution for taxes** |
| | **Relationship to debtor**<br>**Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Mystery Room, LLC**                                      Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 16, 2018**

**/s/ John Reichel Jr.**                                      **John Reichel Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **John Reichel Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $ 424,861.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $ 424,861.00 |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 60,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 1,575,174.92 |
| | **Your total liabilities** | $ 1,635,174.92 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................. | $ N/A |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ N/A |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Mystery Room, LLC**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Reichel Jr.** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ John Reichel Jr.** | X |
|---|---|
| **John Reichel Jr.** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **November 16, 2018** | Date |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Mystery Room, LLC**

_____
Debtor(s)

Case No. _____

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .......................................................    $          **20,000.00**

    Prior to the filing of this statement I have received .........................................    $          **20,000.00**

    Balance Due .........................................................................................................    $                **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Counsel will bill debtor hourly at $375; $200 to $250; $100 for partners, associates 'of counsel' attorneys,
        paralegals, respectively.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November 16, 2018**
_____
_Date_

**/s/ Michael D Robl**
**Michael D Robl 610905**
_Signature of Attorney_
**Robl Law Group LLC**
**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
**404-373-5153  Fax: 404-537-1761**
**michael@roblgroup.com**
_Name of law firm_

---

## United States Bankruptcy Court
### Northern District of Georgia

In re   **Mystery Room, LLC**                                                                    Case No.
_____                          Chapter    **11**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BCD Investments, Inc.**<br>**1621 Central Way**<br>**Cheyenne, WY 82001** | | **1.5%** | |
| **BCR Investments, Inc.**<br>**1621 Central Way**<br>**Cheyenne, WY 82001** | | **1.2%** | |
| **Jennifer Reichel**<br>**129 Walnut Street**<br>**Unit 116**<br>**Chattanooga, TN 37403** | | **1.0%** | |
| **John Phelps**<br>**482 Border Hill Road**<br>**Los Altos, CA 94024** | | **0.3%** | |
| **John Reichel Jr.**<br>**129 Walnut Street**<br>**Unit 116**<br>**Chattanooga, TN 37403** | | **92.1%** | |
| **John Reichel Sr.**<br>**3229 Baron Court**<br>**Cameron Park, CA 95682** | | **0.3%** | |
| **Live Pure Lifestyle, LLC**<br>**4862 Mount Almagosa Dr.**<br>**San Diego, CA 92111** | | **0.6%** | |
| **NAS Group Ventures, LLC**<br>**2934 Silvermere Lane**<br>**Duluth, GA 30097** | | **3.0%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **November 16, 2018**                                    Signature   **/s/ John Reichel Jr.**
_____          _____
                                                                                                      **John Reichel Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Georgia

In re    **Mystery Room, LLC** _____    Case No. _____

                                                    Debtor(s)                   Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 16, 2018** _____        **/s/ John Reichel Jr.** _____
                                                    **John Reichel Jr./Manager**
                                                    Signer/Title

A.F. Alber General Contractor, Inc.
P.O. Box 125
Hilltown, PA 18927


Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363


Asheville Mall CMBS, LLC
P.O. Box 5544
Carol Stream, IL 60197-5544


Brass Mill Center Mall
Brass Mill Center
P.O. Box 772851
Chicago, IL 60677-2851


Carlyle-Cypress Tuscaloosa
c/o Cushman & Wakefield US
P.O. Box 936515
Atlanta, GA 31193-6515


Catalina Partners, L.P.
P.O. Box 645120
Cincinnati, OH 45264-5120


CBL & Associates Limited Partnership
2030 Hamilton Place Blvd
Suite 500
Chattanooga, TN 37421-6000


CBL Properties
P O Box 5543
Carol Stream, IL 60197-5543


Chetan Patel
2934 Silvermare Lane
Duluth, GA 30097

Coleman's Military Surplus
360 Klinger Road
Millersburg, PA 17061


Crystal Run Galleria LLC
Mall Office/Specialty Leasing
Galleria at Crystal Run
Middletown, NY 10941


Destiny USA Holdings LLC
4 Clinton Square
Syracuse, NY 13202


Dreyer's Carpet Care
7325 NW 13th Blvd
Gainesville, FL 32653


Eazywallz Inc
5555 Westminster Ave. Ste 406
Montreal, QC H4W 2J2
Canada


Eklecco Newco LLC
1000 Palisades Center Drive
#3
West Nyack, NJ 10994


FastSigns
346 Route 17N
Upper Saddle River, NJ 07458


Florence Mall, LLC
P.O. Box 860080
Minneapolis, MN 55486-0080


Fox Valley Mall, LLC
8750 N Central Expy.
Suite 1740
Dallas, TX 75231

Fundation Group LLC
11501 Sunset Hills Road
Suite 100
Reston, VA 20190


G&I VII
P.O. Box 959727
St. Louis, MO 63195-9727


GGP - Glenbrook LLC
Glenbrook Square
P.O. Box 776250
Chicago, IL 60677-6250


GGPLP LLC - Greensboro
P.O. Box 775318
Chicago, IL 60677-5318


Hamilton Place Mall CMBS, LLC
P.O. Box 5559
Carol Stream, IL 60197-5559


Holyoke Mall Company LP
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202


Insight Construction Svc Inc
1500 ELLSWORTH AVE.
SUITE 200
CARNEGIE, PA 15106


Jefferson Mall CMBS, LLC
P.O. Box 74890
Cleveland, OH 44194

Jennifer Reichel
129 Walnut Street
Unit 116
Chattanooga, TN 37403


John Reichel
129 Walnut Street
Unit 116
Chattanooga, TN 37403


John Reichel Jr.
129 Walnut Street
Unit 116
Chattanooga, TN 37403


Keter Environmental Services, Inc
P.O. Box 417468
Boston, MA 02241-7468


Maglocks.com
1177 Riverfront Center
Amsterdam, NY 12010


Mall at Jefferson Valley LLC
P.O. Box 643194
Pittsburgh, PA 15264-3194


MapMeLocal, Inc.
c/o Andrew Lundstrom
1954 Airport Rd. STE 122
Chamblee, GA 30341


Matthew's Air Conditioning
PO Box 449
Westtown, NY 10998


Mayflower Square One, LLC
14169 Collections Center Drive
Chicago, IL 60693

Modern Plumbing and Backflow
313 Sherwee Dr
Raleigh, NC 27603


Modern Systems Inc
1111 Old Stage Road
Yadkinville, NC 27055


Monroeville Mall
CBL#0651
P.O. Box 955607
Saint Louis, MO 63195-5607


Neshaminy Mall
Neshaminey Mall
P.O. Box 6341
Carol Stream, IL 60197-6341


Oaks Mall, LLC
The Oaks Mall
SDS-12-1530
Minneapolis, MN 55456-1530


P&K Electrical Contractors
P.O. Box 56
Hopewell Junction, NY 12533


Peachtree Mall, LLC
SDS - 12 - 2330
P.O. Box 86
Minneapolis, MN 55486-2330


Pr Magnolia, LLC
200 S Broad St.
Third Floor
Philadelphia, PA 19102

PR Viewmont Limited Partnership
P.O. Box 951773
Cleveland, OH 44193-1773


Pyramid Walden Company LP
4 Clinton Square
Syracuse, NY 13202


Retail Design Services, LLC
130 N. Bond Street
Suite 201
Bel Air, MD 21014


Rhino Trunk & Case Inc.
565 Blossom Road
Suite A
Rochester, NY 14610


Rockaway Center Assoc Inc
P.O. Box 772829
Chicago, IL 60677-2829


Salmon Run Shopping center
21182 Salmon Run Mall Rd
Loop West
Watertown, NJ 13601


see attached spreadsheet


Signarama
27 N Middletown Rd.
Nanuet, NY 10954


Solmation, LLC
2169 Sugar Springs Dr
Lawrenceville, GA 30043

State Permits
319 Elaines CT
Dodgeville, WI 53533


Susquehanna Valley Mall Assoc.
One Susquehanna Valley Mall Dr
Selinsgrove, PA 17870


Sustainable Solutions
P.O. Box 740209
Atlanta, GA 30374-0209


The Shoppes at Buckland Hills
SDS-12-3095
P.O. Box 86
Minneapolis, MN 55486-3095


Westgate Crossing Limited Partnership
CBL#0325
P.O. Box 955607
Saint Louis, MO 63195-5607


White Marsh Mall Inc
SDS-12-2760
P.O. Box 86
Minneapolis, MN 55486-2760


Woodbridge Center Property, LLC
Woodbridge Center
7855 Solution Center
Chicago, IL 60677-7008

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Mystery Room, LLC**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mystery Room, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 16, 2018**

Date

**/s/ Michael D Robl**

**Michael D Robl 610905**

Signature of Attorney or Litigant

Counsel for  **Mystery Room, LLC**

**Robl Law Group LLC**
**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
**404-373-5153 Fax:404-537-1761**
**michael@roblgroup.com**