**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MYSTERY ROOM, LLC, | ) | CASE NO. 18-69404-wlh |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR ORDER FIXING BAR DATE FOR FILING PROOFS OF CLAIM**

**COMES NOW** Mystery Room, LLC ("Debtor") and files its Application for Order Fixing Bar Date for Filing Proofs of Claim (the "Application"), respectfully showing the Court as follows:

1. Debtor filed its Petition for relief on November 16, 2018, and is operating as Debtor in Possession with no trustee having been appointed.

2. Debtor hereby seeks an order to set a deadline by which all claims must be submitted or be forever barred.

3. Setting a deadline for filing claims would promote the efficient administration of the above-styled Chapter 11 case, including by allowing the Debtor to determine whether it will object to any claims and by allowing the Debtor to undertake a timely analysis of such claims in conjunction with any proposed Plan of reorganization and Disclosure Statement or any amendments to those pleadings or for use at the Plan confirmation hearing.

**WHEREFORE**, Debtor requests that the Court enter an Order setting a deadline for filing claims after which all claims would be barred and seeks such further relief as the Court deems proper.

This 20th day of November, 2018.

Respectfully Submitted,

ROBL LAW GROUP LLC

<u>/s/ Michael Robl</u>
By:  Michael D. Robl
Georgia Bar No. 610905
Counsel for Debtor

3754 Lavista Road
Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MYSTERY ROOM, LLC, | ) | CASE NO. 18-69404-wlh |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am over 18 years of age and that on this date I served the foregoing pleading through the Court's ECF system on the following parties:

Thomas Wayne Dworschak on behalf of U.S. Trustee United States Trustee
thomas.w.dworschak@usdoj.gov, lisa.maness@usdoj.gov;ltctommyd@aol.com

Ronald E. Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com, awebb@fbtlaw.com

Ronald M. Tucker on behalf of Creditor Simon Property Group L.P.
rtucker@simon.com, bankruptcy@simon.com

This 20th day of November, 2018.

                                            ROBL LAW GROUP LLC

                                            /s/ Michael Robl
                                            Michael D. Robl
                                            Georgia Bar No. 610905

3754 Lavista Road
Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)